UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE: O ROURKE ARTHUR J ) CHAPTER 13
)
) CASE NO. 09-39604
Debtor(s). )

RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

■ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments. The next payment is due 07/01/2015 in the amount of $5.48 which is comprised of $0.00 principal and interest, 5.48 escrow charges, and $0.00 other charges.

☐ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for in the amount of :

        Principal & Interest:
        _____
        Escrow Charges:
        _____
        Other Charges:

        Total Due:
        _____.

☐ The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2014 in the amount of $_____:

        Principal & Interest:
        $_____
        Escrow Charges:
        $_____
        Other Charges:   $_____

        Total Due:
        $_____.

☐    The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2014 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

 

By :
/s/ Jamie Crawford
BK Rep
Green Tree Servicing LLC
PO BOX 6154
Rapid City, South Dakota 57709-6154

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE:  O ROURKE ARTHUR J                              NO. 09-39604

## CERTIFICATE OF SERVICE

I, Jamie Crawford, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 4/28/15 via ECF notification service Arthur Joseph O'Rourke, 3108 Field Ave, Broadview, IL 60155; Sarah Cohen, ndil@geracilaw.com; Tom Vaughn, ecf@tvch13.net.

DATED:  This the 28th day of April, 2015.


/s/  Jamie Crawford


Jamie Crawford
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703